UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:12-CR-41-TLS |
| | ) | |
| EVANGELOS DOUBLAS | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 40] filed on May 9, 2013. The Defendant has waived objection to the Findings and Recommendation, and the Court, being duly advised, adopts the Findings and Recommendation [ECF No. 40] in its entirety and accepts the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to the offense charged in Count 2 of the Indictment are hereby accepted, and the Defendant is adjudged guilty of such offense.

Any request for a sentence involving a departure under the United States Sentencing Guidelines, or for a variance above or below a Guidelines sentence pursuant to 18 U.S.C. § 3553(a), with the exception of matters raised pursuant to §5K1.1 of the Guidelines, shall be communicated to the probation officer and opposing counsel, in writing, within fourteen (14) days following initial disclosure of the pre-sentence report. Any sentencing memorandum addressing these or any other issues, including requests for a departure based on § 5K1.1, shall be filed with the Court no later than seven (7) days prior to the sentencing hearing. Further, the Court finds by clear and convincing evidence, pursuant to 18 U.S.C. § 3143(a), that the Defendant is not likely to flee or pose a danger to the safety of any other person or the community if he continues on pretrial release under the terms imposed by the Order Setting Conditions of Release [ECF No. 10] issued by the Magistrate Judge on July 9, 2012. At the July 9, 2012, hearing concerning arraignment and detention, the Magistrate Judge found that the Defendant was not likely to flee or pose a danger to others or to the community

if the Court imposed proper conditions of pretrial release, including restrictions on direct or indirect contact with certain individuals. The parties do not report any change in circumstances since that date. Therefore, the Court finds that continued pretrial release pending sentencing is appropriate under § 3143(a). The notice of sentencing and pre-sentence scheduling deadlines will be issued by separate order.

SO ORDERED on June 7, 2013.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT